**JUDGE HERB ROSS (Recalled)**

## UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF ALASKA
**605 West 4th Avenue, Room 138, Anchorage, AK 99501-2253 — (Website: www.akb.uscourts.gov)**
**Clerk's Office:  907-271-2655 (1-800-859-8059 In-State) — Judge's Fax:  907-271-2692**

In re

IT, LLC,

                    Debtor.

Case No. A15-00107-HAR
In Chapter 7

**MEMORANDUM DECLINING TO
DELAY EFFECT OF ORDER OF
DISMISSAL BECAUSE OF OPPOSITION
OF LPD BOOKKEEPING [ECF NO. 26]**

On April 24, 2015, the court entered an *Order Dismissing Case and Providing for Notice*.

ECF No. 18.  The effect of the order was stayed until Friday, May 1, 2015, at 5:00 p.m. ADT to allow

for a short window of time for creditors of the debtor who had not received notice of the dismissal

hearing to object.  The order provided: "If an objection is filed, the court will determine if it is

appropriate to continue the stay of dismissal to conduct further  proceedings or, rather, allow the

dismissal to go into effect."

LPD Bookkeeping & Accounting Services filed a *pro forma* opposition on April 30, 2015,

saying it was not listed on the schedules and was still owed money which it has not been able to

collect.  ECF No. 26.   In form, LPD's opposition was very similar to an opposition by Replacement

Glass, which has been withdrawn.  ECF 24 and 25.

The schedules were not prepared by Bob Gross.  LPD was not listed on Gross's list of trade

debt, Exhibit 1, to the motion to dismiss hearing held on April 23, 2015.  The amount due is not stated

in LPD's opposition.  I conjecture it may have been a bill from the time when Meritage Management

was managing Inlet Towers, and even if it was not, LPD will get quicker relief by bringing a claim in

state court rather than waiting for a reorganization.

1    Therefore the court will enter an order that dismissal of this case will not be delayed because

2    of LPD's opposition.

3

4    DATED: May 1, 2015

5                                    _____/s/ Herb Ross_____
                                     HERB ROSS
6                                    U.S. Bankruptcy Judge

7    <u>Serve</u> :
     Terry Draeger, Esq., for Barrett parties
     Cabot Christianson, Esq., for Gross parties
8    Thomas Buford, Asst. US Trustee
     Dawni Haines, LPD Bookkeeping & Accounting Services, 406 West 36th Ave., Ste. 210, Anchorage, AK 99503

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27   MEMORANDUM DECLINING TO DELAY EFFECT OF
     ORDER OF DISMISSAL BECAUSE OF OPPOSITION
28   OF LPD BOOKKEEPING [ECF NO. 26]                                              Page 2 of 2